UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-449 |
| | § | |
| OSCAR MENDOZA, *et al*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF EXPERT

Pending is plaintiff's motion for appointment of an expert (D.E. 37). The plain language of the *in forma pauperis* statute does not provide for the appointment of expert witnesses to aid an indigent plaintiff. 28 U.S.C. § 1915; Pedraza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995); Hannah v. United States, 523 F.3d 597 (5th Cir. 2008). Plaintiff has not shown that any compelling circumstances requiring the appointment of an expert. Plaintiff's motion (D.E. 37) is denied.

ORDERED this 3rd day of June, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE